BATCHELDER ENGINEERING COMPANY v. Frank J. MANTAK and Ruth Mantak, George E. Trask and Barbara B. Trask, Edward J. Donnis, No. 50-77

October 4, 1977. Motion to Remand denied.

STATE of Vermont v. Henry Elroy MANNING, No. 127-76

October 4, 1977. Motion for Release Pending Appeal denied.

Barbara FAYETTE, Appellant v. James FAYETTE, et al., No. 318-76

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).

Hazel M. STEVENSON, Appellant v. TOWN OF MIDDLESEX, No. 134-74

October 5, 1977. Appeal dismissed. V.R.A.P. 10(b)(1).

Huguette POULIOT v. Gilles L. POULIOT, Appellant, No. 195-77

October 5, 1977. Progress to be made by November 1, 1977, or appeal dismissed.

Medora C. HARVEY v. Raymond K. HARVEY, Appellant, No. 207-77

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).

GRAVELLE AND SON, INC., Appellant v. Richard C. SECRIST; Richard C. Secrist, Appellant vs. Gravelle and Son, Inc., No. 185-77

October 5, 1977. The Appellant has thirty (30) days in which to order transcript or appeal dismissed.

Walter A. WESCOTT d/b/a Walt's Chevron, Appellant v. THE VERMONT MORGAN CORP., et als., No. 177-77

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).

Lawrence H. BERGERON, et al. v. Raymond LOPES, et al., Appellants, No. 47-77

October 5, 1977. Appeal Dismissed. V.R.A.P. 10(b)(1).